# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **CAPITOL RECORDS, INC., et al,** | : | |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | Case Number 7:05-CV-67 (HL) |
| | : | |
| **WILLIE MAE MATHIS,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

Plaintiffs are directed to show cause, in writing, by not later than ten (10) days from the date of entry of this Order, why this case should not be dismissed for failure to serve defendant withing the 120-day period directed by Federal Rule of Civil Procedure 4(m), as extended by this Court on October 28, 2005.

**SO ORDERED,** this the 9th day of January, 2006.

s/   Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**